Cite as 2017 Ark. 134

# SUPREME COURT OF ARKANSAS

No. CR-98-657

| | | |
|---|---|---|
| BRUCE EARL WARD | | **Opinion Delivered** April 17, 2017 |
| | APPELLANT | |
| V. | | DISSENTING OPINION. |
| STATE OF ARKANSAS | | |
| | APPELLEE | |

**KAREN R. BAKER, Associate Justice**

I dissent from the majority's decision today to take the matter as a case and stay Ward's execution. Simply put, Ward has presented the issue of mental evaluations which has been considered and denied. Further, if the United States Supreme Court anticipates that *McWilliams v. Dunn*, 634 F. App'x 698 (11th Cir. 2015) is likely to succeed and affect his case, they can certainly enter a stay. Accordingly, I dissent.

WOOD, J., joins.